■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE CONKLIN, Appellant. [618 NYS2d 538] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered April 6, 1993, convicting him of attempted rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to his contention, the defendant received the effective assistance of counsel (see, People v Baldi, 54 NY2d 137). The record reveals that the defendant's attorney negotiated an advantageous plea agreement that substantially limited the defendant's exposure to imprisonment (see, People v Ladelokun, 192 AD2d 723; People v Nicholls, 157 AD2d 1004). Additionally, the record reveals that the defendant clearly did not want to go to trial because he refused the sentencing court's offer to withdraw his guilty plea (see, People v Hayes, 186 AD2d 268).

Since the defendant pleaded guilty with the understanding that he would receive the sentence that was thereafter imposed, he has no basis to complain that his sentence is excessive (see, People v Kazepis, 101 AD2d 816).

We have considered the defendant's remaining contentions and find them to be without merit. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DEPASQUALE, Appellant. [618 NYS2d 538] —Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered April 6, 1992, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.